UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGET N. GERAGHTY, as Independent Executor of the Estate of YVONNE DONEGAN, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>ZOLL MEDICAL CORPORATION, individually and doing business as ZOLL MEDICAL CORP., and ZOLL MANUFACTURING CORPORATION, and ZOLL SERVICES LLC<br><br>      Defendants. | Case No. 1:16-CV-07656 |

**NOTICE OF MOTION**

TO: Jeffrey Singer
   Laura J. Henneman
   Paul E. Wojcicki
   Segal McCambridge Singer & Mahoney, Ltd.
   233 S. Wacker Drive, Suite 5500
   Chicago, IL 60606

   On **January 10, 2019** at **9:15 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Weisman**, or any judge sitting in his stead, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Room 1300**, and shall then and there present **Plaintiff's Motion to Enforce Settlement Agreement**, at which time and place you may appear, if you see fit.

             SALVI, SCHOSTOK & PRITCHARD P.C.

             By: /s/ Elizabeth R. Olszewski
               Attorney for Plaintiff
               Elizabeth R. Olszewski (ARDC# 6313651)
               Salvi, Schostok & Pritchard P.C.
               218 N. Martin Luther King Jr. Avenue
               Waukegan, IL 60085
               847.249.1227
               eolszewski@salvilaw.com